CLARA ELIZABETH MAE MALONE HEINEMAN, as Executrix, etc., of LOUIS

HEINEMAN, Deceased, Respondent, v. LICHTENSTEIN BROS., INC., Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.